IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| CRIMINAL NO. 16-20011-001 | USA v. SAMUEL BOWRON PHILLIPS |
| COURT PERSONNEL: | APPEARANCES: |
| JUDGE:  P. K. HOLMES, III | GOVERNMENT:   KYRA JENNER |
| CLERK:  JANE ANN SHORT | DEFENDANT:    REX CHRONISTER |
| REPORTER:  RICK CONGDON | |

### SENTENCING MINUTES

On this date the above-named defendant appeared in person and with counsel for sentencing.

- (X) Inquiry made that victims have been notified.
- (X) Inquiry made that defendant is satisfied with counsel.
- (X) Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.
- (X) Presentence investigation report reviewed in open court.
- (X) Presentence report amended as to restitution and victims and adopted as amended in open court.
- (X) Court expressed final approval of plea agreement.
- (X) Victim impact statements:
    - V1: Barbara Williams
    - V2: Robert Frye
    - V3: Lawrence Johnson
    - V4: Meredith Roberts
    - V5: Brian McCain
    - V6: Wendall Brodie
- (X) Attorney for government afforded opportunity to make statement to court.
- (X) Counsel for defendant afforded opportunity to speak on behalf of defendant.
- (X) Defendant afforded opportunity to make statement.
- (X) Court proceeded to impose sentence as follows:

    60 months imprisonment on Count 1
    60 months imprisonment on Count 18
    60 months imprisonment on Count 20, to run concurrently

    3 years supervised release on Count 1
    3 years supervised release on Count 18
    3 years supervised release on Count 20, to run concurrently

    No fine imposed.

    $1,563,380.14 restitution imposed - interest waived.

- (X) Defendant ordered to comply with standard conditions of supervised release - drug testing requirement suspended.

Case No. 16-20011-001

(X)  Defendant ordered to comply with the following special conditions of supervised release:

Defendant shall submit to inpatient or outpatient mental health evaluation, counseling, testing, and/or treatment, as deemed necessary and directed by the U.S. Probation Office.

Defendant shall not incur any new debt nor establish any bank or credit accounts unless receiving prior approval from the U.S. Probation Office, and shall make any information concerning his financial status available to the probation officer upon request.

(X)  Defendant ordered to pay total special assessment of $300 for Counts 1, 18, and 20, which shall be due immediately.
(X)  Final order of forfeiture will be revised by the government due to restitution change and submitted to the court.
(X)  Defendant advised of right to appeal sentence imposed.
(X)  Government's motion to dismiss Counts 2-17, 19, 21, and 22.
(X)  Defendant directed to self report to the Bureau of Prisons by noon on February 27, 2017.

DATE:  January 11, 2017

**Proceeding began:**     9:38 am

ended:     10:48 am