IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JAN 11 2017

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

UNITED STATES OF AMERICA

v.                                                          Criminal No. 2:16CR20011-001

SAMUEL BOWRON PHILLIPS

## FINAL ORDER OF FORFEITURE

On June 9, 2016, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed. R. Crim. P. 32.2(b) (Doc. 22). In the Preliminary Order of Forfeiture, two silver bars, each weighing 10 troy ounces, and a money judgment in the amount of $1,563,380.14 which represents proceeds traceable to said violations were forfeited to the United States pursuant to Title 18 U.S.C. § 492 incorporating by reference 21 U.S.C. § 853.

The United States was required to publish notice of this order pursuant to Fed. R. Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On January 9, 2017, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. Deadline for filing claims was October 24, 2016. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1.   That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed.

R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on June 9, 2016, shall become

final at this time.

IT IS SO ORDERED this 11th day of January, 2017.

P.K. Holmes

HONORABLE P.K. HOLMES, III
CHIEF UNITED STATES DISTRICT JUDGE